# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 1551 | **DATE** | 5/17/2005 |
| **CASE TITLE** | Fulton vs. Zalatoris | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion to stay the proceedings is granted. Status hearing set for 9/29/05 at 9:00 a.m.

No notices required, advised in open court.

| | Courtroom Deputy Initials: | MF |
|---|---|---|