Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 1551 | **DATE** | 11/2/2005 |
| **CASE TITLE** | Fulton vs. Zalatoris | | |

**DOCKET ENTRY TEXT:**

Defendant's motion to stay is denied.

No notices required, advised in open court.

| | Courtroom Deputy Initials: | MF |
|---|---|---|