IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN FULTON, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | No.   05 C 1551 |
| | ) | |
| v. | ) | Judge John W. Darrah |
| | ) | |
| DET. ZALATORIS, et al., | ) | Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

NOW COME the parties, by and through their counsel, and submit the following status report to the Court:

1. Plaintiffs have filed a four count civil rights complaint under §1983, for false arrest, coercive interrogation, conspiracy and deprivation of the right to a fair trial, alleging violation of their Fourth, Fifth and Fourteenth amendment rights, premised on their arrests and alleged coercion of their confessions in a murder case in which the prosecution is ongoing. Plaintiffs' due process, false arrest and other constitutional claims will necessarily be presented as part of the criminal proceedings.

2. On May 17, 2005, this Court entered an order staying all proceedings in this Court because the state criminal prosecutions of plaintiffs are ongoing. *See, e.g., Younger v. Harris*, 401 U.S. 378, 91 S. Ct. 746 (1971); *Simpson v. Rowan*, 73 F.3d 134 (7th Cir. 1995).

3. When last before this Court for status on April 25, the parties reported that the criminal matter was up for status on April 28, 2006, for status and that no trial date had been set. Thereupon, this Court continued this matter for status to May 17, 2006, for scheduling for trial.

4.	On April 28, 2006, the trial court in the criminal proceedings made various rulings and set the criminal matter for trial on June 12, 2006.

5.	Because the underlying criminal proceedings remain ongoing and are judicial in nature, the parties respectfully request that this Court continue the stay of this matter pending the completion of the state criminal proceedings and set this matter for further status after June 12, 2006.

                Respectfully submitted,

| Plaintiffs John Fulton, Anthony Mitchell and Antonio Shaw | Defendants City of Chicago and Detectives Zalatoris, Breen, Struck, Girardi and Winstead |
|---|---|

By:	_____	By:	_____

| Greg Kulis<br>Shehnaz Manusuri<br>Gregory E. Kulis & Associates<br>30 North LaSalle Street<br>Suite 2140<br>Chicago, Illinois 60602<br>(312) 580-1830 | Margaret A. Carey<br>Assistant Corporation Counsel<br>30 North LaSalle Street<br>Suite 1400<br>Chicago, Illinois 60602 |
|---|---|

Defendant Jacob Rubenstein

By:	_____
  Stephen L. Garcia
  Assistant State's Attorney
  500 Richard J. Daley Center
  Chicago, IL 60602

2