IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN FULTON, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | No.    05 C 1551 |
| | ) | |
| v. | ) | Judge John W. Darrah |
| | ) | |
| DET. ZALATORIS, et al., | ) | Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

NOW COME the parties, by and through their counsel, and submit the following status report to the Court:

1. Plaintiffs have filed a four count civil rights complaint under §1983, for false arrest, coercive interrogation, conspiracy and deprivation of the right to a fair trial, alleging violation of their Fourth, Fifth and Fourteenth amendment rights, premised on their arrests and alleged coercion of their confessions in a murder case in which the prosecution is ongoing. Plaintiffs' due process, false arrest and other constitutional claims will necessarily be presented as part of the criminal proceedings.

2. On May 17, 2005, this Court entered an order staying all proceedings in this Court because the state criminal prosecutions of plaintiffs are ongoing. *See, e.g., Younger v. Harris*, 401 U.S. 378, 91 S. Ct. 746 (1971); *Simpson v. Rowan*, 73 F.3d 134 (7th Cir. 1995).

3. When last before this Court for status on May 17, 2006, the parties advised this Court that the Honorable James Schreier, who is presiding over the underlying criminal proceedings in the Circuit Court of Cook County, had made various rulings on the then pending suppression motions and set the criminal matter for trial on June 12, 2006.

4. Because of a conflict with another criminal trial before the court, Judge Schreier subsequently moved the criminal trial in the underlying proceedings to August 21, 2006.

5. Because the underlying criminal proceedings remain ongoing and are judicial in nature, the parties respectfully request that this Court continue the stay of this matter pending the completion of the state criminal proceedings and set this matter for further status after August 21, 2006.

Respectfully submitted,

| Plaintiffs John Fulton, Anthony Mitchell and Antonio Shaw | Defendants Detectives Zalatoris, Breen, Struck, Girardi and Winstead |
|---|---|
| By: s/Shehnaz Manusuri<br>Greg Kulis<br>Shehnaz Manusuri<br>Gregory E. Kulis & Associates<br>30 North LaSalle Street<br>Suite 2140<br>Chicago, Illinois 60602<br>(312) 580-1830 | By: s/Margaret A. Carey<br>Margaret A. Carey<br>Assistant Corporation Counsel<br>30 North LaSalle Street<br>Suite 1400<br>Chicago, Illinois 60602 |

Defendant Jacob Rubenstein

By: s/Stephen L. Garcia
Stephen L. Garcia
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602

2