# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 05 C 1551 | DATE | 10/4/2006 |
| CASE TITLE | Fulton vs. Zalatoris | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 10/11/06 at 9:00 a.m. Enter Agreed Order voluntarily dismissing defendant Rubenstein with prejudice.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|