UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN FULTON, et. al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 05 C 1551 |
| v. ) | |
| ) | Judge Darrah |
| OFFICER ZALATORIS, et. al., ) | |
| ) | Magistrate Judge Nolan |
| Defendants. ) | |

## AGREED ORDER TO VOLUNTARILY DISMISS DEFENDANT RUBENSTEIN WITH PREJUDICE

This cause coming to be heard and the parties having advised the Court:

IT IS HEREBY ORDERED:

The Plaintiffs hereby voluntarily dismisses Defendant Rubenstein, with prejudice and without costs.

Dated: October 4, 2006

Enter:

Judge John W. Darrah
United States Magistrate Judge